UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

LEGAL MAIL
PROVIDED TO
FLORIDA STATE PRISON
DATE 4-25-06 FOR MAILING
INMATES INITIALS VR

VINCENT F. RIVERA, #518548
FLORIDA STATE PRISON,
   PLAINTIFFS/PETITIONER(S)
V.

INNER PERIMETER SECURITY UNIT (IPS),
"WILLARD" "MITT" ROMNEY, GOVERNOR,
WILLIAM F. GALVIN, SEC'y OF THE
COMMONWEALTH, THOMAS F. REILLY,
ATTY. GEN., TIM P. CAHILL, TREASURER,
A. JOSEPH DENUCCI, STATE AUDITOR,
PERSONALLY AND OFFICIALLY, ET AL.
   DEFENDANTS-RESPONDENTS.

CS. NO.

FILED
CLERKS OFFICE
2006 MAY -1 P 12:14

U.S. DISTRICT COURT
DISTRICT OF MASS

06-10820 RGS

COMPLAINT-JURY
TRIAL DEMANDED

JURISDICTION: 28 USC § 1332
VENUE: 28 USC § 1391(e)

MAGISTRATE JUDGE Sorokin

PLAINTIFFS/PETITIONER(S) SUES THE DEFENDANTS-RESPONDENTS
NAMED-ABOVE, AND ALLEGES:

COUNT-I

DEPRIVATION OF CIVIL RIGHTS, 42 USC
§§ 1983, 1985(3), & 1997, FOR VIOLATIONS
OF THE 1ST, 4TH, 5TH, 8TH, 13TH, & 14TH
AMDTS.

COUNT-II

CONSPIRACY TO DENY PLAINTIFFS/PETITIONER(S)
FEDERAL CONSTITUTIONAL RIGHTS.

COUNT-III

CONSPIRACY TO SUBVERT THE ELECTORAL
PROCESS IN VIOLATION OF THE VOTING RIGHTS
ACT, 42 USC § 1973(a).

COUNT-IV

PENDENT STATE CLAIM FOR WIRE FRAUD
IN VIOLATION OF MASS. GEN. LAWS ANN. CH.
272, § 99 (2005).

COUNT-V

PENDENT STATE CLAIM FOR UNCONSTITUTIONAL
VIEWPOINT DISCRIMINATION.

---

1/ PROPOSAL OF "NO DOUBT" STANDARD IN DEATH PENALTY CASES ADDS MORE SMOKE AND MIR-
RORS TO THE ILLUSION OF PROTECTING SOCIETY. WHEN THE STATE PRISON SYSTEM VITIATES INFRINGE-
MENTS OF VOTING RIGHTS, VIA AN ELABORATE BALLOT-STUFFING SCHEME AIMED AT ISOLATING THE
MINORITY VOTE (HISPANICS). IT IS ALSO A PROVING GROUND FOR A STATE INDUSTRIAL CARTEL.

COUNT-VI

PENDENT STATE CLAIM FOR SELECTIVE ENFORCEMENT OF STATE PENAL LAW.

STATEMENT OF FACTS

MASSACHUSETTS STATE PRISON OFFICIALS OF THE DEPARTMENT OF CORRECTIONS; AND PARTICULARLY MASSACHUSETTS CORRECTIONAL INSTITUTION - CEDAR JUNCTION, IN WALPOLE, MASSACHUSETTS; PIRATE THE SOCIAL SECURITY NUMBERS (SSNs) OF CONVICTED FELONS, AND USE THE ILLEGAL SSNs TO FLESH OUT "PHANTOM EMPLOYEES." FICTITIOUS PERSONS HIRED FOR A VARIETY OF JOBS - E.G., PRISON DOCTORS, NURSES, MENTAL HEALTH SPECIALISTS, LIBRARY-AIDE, CHAPLAIN, ETC. THE PHANTOM EMPLOYEES ARE ASSIGNED CARETAKERS WHO FURTHER ESTABLISH THE FALSE IDENTITIES OF PHANTOM EMPLOYEES, BY CONDUCTING BANK TRANSACTIONS, APPLYING FOR CREDIT, LIBRARY CARDS, GUN PERMITS, INSURANCE POLICIES, SUBSIDIZED HOUSING AND UTILITIES, WORKERS COMP., ETC. ONCE ENOUGH IDENTITY DOCUMENTS ARE CREATED THROUGH RELIABLE SOURCES - VIZ., DMV, NATIONAL NEW HIRE DATABASE, PUBLIC LIBRARIES, HOSPITAL RECORDS, UTILITY COMPANIES, ETC. THE PERSONAL INFORMATION IS THEN SUBMITTED TO THE COUNTY ELECTION SUPERVISORS, WHO VERIFY VOTER ELIGIBILITY WITH THE STATE ELECTION COMMISSIONER; A COMPONENT OF THE STATE DEPARTMENT, AND ADD THE PHANTOM EMPLOYEES NAMES TO VOTER REGISTRATION ROLLS. AN UNLAWFUL AND UNCONSTITUTIONAL BALLOT-STUFFING SCHEME. THE STATE OF FLORIDA IS THE MODEL FOR ALL 50-STATES.

THE IDEA BEHIND THE BALLOT-STUFFING SCHEME IS TO SUBVERT THE ELECTORAL PROCESS; INFRINGEMENT OF VOTING RIGHTS, DILUTION OR DEBASEMENT OF VOTES, ELECTION FRAUDS, RIGGED ELECTIONS, GERRYMANDERS, WEIGHTED VOTING SYSTEMS (FLORIDA OPENED THE DOOR TO A SWEETHEART DEAL BETWEEN EARMARKERS/SHAREHOLDERS IN PUBLIC OFFICE AND THEIR CONSTITUENTS, DIEBOLD INC., FOR MANUFACTURE OF "E-VOTING" MACHINES, MAINTENANCE CONTRACTORS, AND TRANSPORTATION COMPANIES), SYSTEMATIC DISCRIMINATION AGAINST VOTERS OF A CERTAIN CLASS (COLLEGE STUDENTS, EX-FELONS, NURSING HOME RESIDENTS, ETC.), AND POLITICAL AFFILIATION. WHICH GIVES THE STATES INCENTIVE TO WRONGFULLY IMPRISON U.S. CITIZENS, DISQUALIFYING THEM AS REGISTERED VOTERS UNDER FELON DISENFRANCHISEMENT POLICY. ONCE INCARCERATED PRISONERS ARE RELEASED THEIR SSNs ARE TRACKED AND THE EX-FELONS "BLACKLISTED," SINCE STATE OFFICIALS HAD PREVIOUSLY USED THE EX-FELONS' SSNs TO CAST ILLEGAL VOTES; AS REGISTERED VOTERS UNDER THE ALIASES OF PHANTOM EMPLOYEES. BUT CF BUSH V. GORE (S.CT. 12/00).

RELIEF SOUGHT

THE NATURE OF THE RELIEF SOUGHT HEREINUNDER IS AS FOLLOW:

A.) AN AWARD OF MONEY DAMAGES IN THE AMOUNT OF FIFTEEN TRILLION DOLLARS ($15,000,000,000,000.00), IN U.S. CURRENCY & /OR EUROPEAN UNION EUROS, AT THE CURRENT RATE OF EXCHANGE;

B.) AN ORDER ENJOINING THE PARTIES DEFENDANT-RESPONDENT, THEIR OFFICERS, AGENTS, AND EMPLOYEES, FROM ENGAGING IN ANY FURTHER VIOLATIONS OF PLAINTIFFS/PETITIONERS RIGHTS, INCLUDING WITHOUT LIMITATION, VIOLATIONS OF FEDERAL AND STATE GOVERNMENT IN THE SUNSHINE LAWS & OPEN-RECORDS LAWS;

C.) AN ORDER DECLARING THE RIGHTS OF THE PARTIES;

---

2/ THE MECHANICS OF THE ILLEGAL BALLOT-STUFFING SCHEME CONNECTS THE DOTS BETWEEN THE NATIONAL CONFERENCE OF STATE LEGISLATURES, THE NATIONAL REPUBLICAN/DEMOCRATIC GOVERNORS CONFERENCE, AND THE PRISON INDUSTRIAL COMPLEX (STATE-TO-STATE).

D.) AN AWARD OF COSTS AND EXPENSES, INCLUDING WITHOUT LIMITATION, REASONABLE ATTORNEY'S FEES; AND

E.) GRANTING TO PLAINTIFFS/PETITIONERS SUCH OTHER AND FURTHER RELIEF AS TO THE COURT MAY SEEM APPROPRIATE.

DATED: RAIFORD, FLORIDA
APRIL 25, 2006

RESPECTFULLY SUBMITTED

*[signature]*

VINCENT F. RIVERA #S85N8
FLORIDA STATE PRISON
7819 NW 228TH ST
RAIFORD, FLORIDA 32026
PRO SE

XC:
U.S. ATTY. GEN. (GONZALES)
R. HEWITT PATE, ASST. U.S. ATTY. GEN.